Elayna J. Youchah, Bar #5837
Donald P. Paradiso, Bar #12845
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
youchahe@jacksonlewis.com
donald.paradiso@jacksonlewis.com

*Attorneys for Defendant DROCK Gaming, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER VANCE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DROCK GAMING, LLC, d/b/a The D also d/b/a THE D LAS VEGAS also d/b/a THE D CASINO HOTEL LAS VEGAS also d/b/a THE D CASINO also d/b/a THE D HOTEL AND CASINO, a limited liability company; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02680-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 6th day of February, 2018.

| GABROY LAW OFFICES | JACKSON LEWIS P.C. |
|---|---|
| /s/ Christian Gabroy<br>Christian Gabroy Bar #8805<br>Kaine Messer, Bar #14240<br>170 South Green Valley Pkwy, Ste. 280<br>Henderson, Nevada 89012<br>*Attorneys for Plaintiff Heather Vance* | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar #5837<br>Donald P. Paradiso, Bar #12845<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant Drock Gaming, LLC* |

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 8, 2018